# ORIGINAL INVOICE

# SENSIENT™

**Seller:**
**SENSIENT FLAVORS INC.**
5600 West Raymond Street
Indianapolis, Indiana 46241

Phone: 317-243-3521

**Please Remit Payment to Address Below**

| | |
|---|---|
| Invoice No.: 40450707 | Page No.: 1 |
| Invoice Date: 21-JUN-05 | Customer No.: 411407 0041 |
| Customer P.O. No.: 42824239 | Order No.: 874779 |

**Sold To:**
GENERAL MILLS OPERATIONS, INC.
ATTENTION: ACCOUNTS PAYABLE
P.O. BOX 59145
MINNEAPOLIS,
MN 55459

**Ship To:**
WEAVER POPCORN/GENERAL MILLS
408 W. LANDIS STREET
VAN BUREN   IN 46991

**Account Manager:**
CINDY MARSHALL

**Currency:**
US DOLLARS

**Shipping Information:**
COLLECT
OVERNITE 9911943626

**Terms of Delivery & Payment:**
NET 30 DAYS

| Total Gross Wt. (kgs): 186.550 | Total Cube (m3): .209 | Total Net Wt. (kgs): 175.995 |
|---|---|---|

| ITEM NO. | DESCRIPTION / PACKAGE SIZE | GROSS WT (KGS) / NET WT (KGS) | QTY SHIPPED / UNIT OF MEASURE | PRICE UNIT | EXTENSION AMOUNT |
|---|---|---|---|---|---|
| 2039890 | GMI White Cheddar Cheese SD  22.68KG-50# CARTON W/LINER  ****3.76 CTN = 188 LBS**** | 24.040  22.679 | 3.760  CT | 459.000  CT | 1725.84 |

Invoice Total                                  US DOLLARS    1725.84

Your Customer Service representative is Debbie VanSlavens
If you have any questions regarding your order, please call 800-544-5973

**Please Remit Payment to:** SENSIENT FLAVORS INC.
Box 88035
Milwaukee, WI 53288-0035

**EXHIBIT 1**