# ORIGINAL INVOICE

# SENSIENT™

| Seller: | Invoice No.: | Page No.: |
|---|---|---|
| **SENSIENT FLAVORS INC.**<br>5600 West Raymond Street<br>Indianapolis, Indiana 46241<br><br>Phone: 317-243-3521<br><br>**Please Remit Payment to Address Below** | 40450708 | 1 |
| | Invoice Date:<br>21-JUN-05 | Customer No.:<br>411407  0041 |
| | Customer P.O. No.:<br>42823215 | Order No.:<br>874517 |

| Sold To: | Ship To: |
|---|---|
| GENERAL MILLS OPERATIONS, INC.<br>ATTENTION: ACCOUNTS PAYABLE<br>P.O. BOX 59145<br>MINNEAPOLIS,<br>MN  55459 | WEAVER POPCORN/GENERAL MILLS<br><br>408 W. LANDIS STREET<br><br>VAN BUREN          IN  46991 |

| Account Manager: | Currency: |
|---|---|
| CINDY MARSHALL | US DOLLARS |

| Shipping Information: | Terms of Delivery & Payment: |
|---|---|
| COLLECT<br>OVERNITE 991194326 | NET 30 DAYS |

| Total Gross Wt. (kgs): | Total Cube (m3): | Total Net Wt. (kgs): |
|---|---|---|
| 96.160 | .222 | 90.719 |

| ITEM NO. | DESCRIPTION<br>PACKAGE SIZE | GROSS WT (KGS)<br>NET WT (KGS) | QTY SHIPPED<br>UNIT OF MEASURE | PRICE<br>UNIT | EXTENSION AMOUNT |
|---|---|---|---|---|---|
| 2033786 | GM Cheddar Cheese 22-3805-0000<br>50# FIBER CARTON W/ LINER | .480<br>.453 | 200.000<br>LB | 7.650<br>LB | 1530.00 |

Invoice Total                                                       US DOLLARS        1530.00

Your Customer Service representative is Debbie VanSlavens
If you have any questions regarding your order, please call 800-544-5973

**Please Remit Payment to:**    **SENSIENT FLAVORS INC.**
Box 88035
Milwaukee, WI  53288-0035

EXHIBIT
2