UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW NIEBAUER, et. al,         ) | |
| )                                                                          | |
| Plaintiffs,    ) | |
| ) | 1:07-cv-1158- SEB-TAB |
| vs.    ) | |
| ) | |
| GIVAUDAN FLAVORS CORPORATION,    ) | |
| et. al,    ) | |
| ) | |
| Defendants.    ) | |

## **ORDER OF DISMISSAL**

The parties remaining in this action have filed nothing in response to the Court's Entry for September 15, 2008. The remaining claims are, therefore, DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: __11/26/2008__

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Copies to:

Cory Stephen Brundage
cb@brundagelaw.com

Konrad Cailteux
WEIL GOTSHAL & MANGES LLP
konrad.cailteux@weil.com

Steven E. Crick
HUMPHREY FARRINGTON & MCCLAIN, PC
sec@hfmlegal.com

Scott Robert Dayton
WEIL, GOTSHAL & MANGES
scott.dayton@weil.com

Kevin M. Donovan
MORGAN LEWIS & BOCKIUS LLP
kdonovan@morganlewis.com

Angela M. Dorrell
PLEWS SHADLEY RACHER & BRAUN
adorrell@psrb.com

Patrick D. Duffy
STONE & JOHNSON, CHTD.
pduffy@stonemoore.com

Joshua B. Fleming
LOCKE REYNOLDS LLP
jfleming@locke.com

Kevin Gerald Harvey
ALLEN WELLMAN MCNEW
kgh@awmlaw.com

Kory A. Jackson
VORYS, SATER, SEYMOUR, & PEASE LLP
kajackson@vssp.com

Bruce L. Kamplain
NORRIS CHOPLIN & SCHROEDER LLP
bkamplain@ncs-law.com

Jennifer Kanady
STONE & JOHNSON, CHTD
jkanady@stonejohnsonlaw.com

Cynthia Elaine Lasher
NORRIS CHOPLIN & SCHROEDER LLP
clasher@ncs-law.com

Arvin Maskin
WEIL GOTSHAL & MANGES LLP
arvin.maskin@weil.com

Kenneth B. McClain
HUMPHREY FARRINGTON & MCCLAIN
kbm@hfmlegal.com

Lee B. McTurnan
BINGHAM MCHALE LLP
lmcturnan@binghammchale.com

Vernon Thomas Meador
MORGAN LEWIS & BOCKIUS LLP
tmeador@morganlewis.com

Deanne L. Miller
MORGAN LEWIS & BOCKIUS LLP
dlmiller@morganlewis.com

Kenneth J. Munson
BINGHAM MCHALE LLP
kmunson@binghammchale.com

Beth Schneider Naylor
FROST BROWN TODD LLC
bnaylor@fbtlaw.com

Gene Forrest Price
FROST BROWN & TODD
gprice@fbtlaw.com

Eric A. Riegner
LOCKE REYNOLDS LLP
eriegner@locke.com

Andrea M. Ross
STONE & JOHNSON, CHTD.
aross@stonejohnsonlaw.com

Richard Donovan Schuster
VORYS SATER SEYMOUR AND PEASE LLP
rdschuster@vorys.com

Christina Liza Sein
MORGAN LEWIS & BOCKIUS LLP
csein@morganlewis.com

Philip C. Sheward
ALLEN WELLMAN MCNEW
pcs@awmlaw.com

Allison N. Shue
MORGAN LEWIS & BOCKIUS
ashue@morganlewis.com

Andrew K. Smith
HUMPHREY FARRINGTON & MCCLAIN, PC
aks@hfmlegal.com

William G. Stone
STONE & JOHNSON, CHTD.
wstone@stonemoore.com

Joseph W. Walker
FROST BROWN TODD LLC
jwalker@fbtlaw.com

Rosemary D. Welsh
VORYS, SATER, SEYMOUR & PEASE
rdwelsh@vssp.com

Michael K. Yarbrough
FROST BROWN TODD LLC
myarbrough@fbtlaw.com

Michael T. Zarro
MORGAN LEWIS & BOCKIUS LLP
mzarro@morganlewis.com